PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| GLORIA PAREDES RUIZ, | Case No: 1:17-cv-00180-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | FIRST REQUEST |
| Defendant. | |

The parties, through their respective counsel, stipulate the time for filing of defendant's opposition to plaintiff's opening brief be extended from November 15, 2017 to November 29, 2017.

This is defendant's first request for an extension of time to file a response to Plaintiff's opening brief. The undersigned Defendant's counsel needs the additional time as a family medical emergency requires him to fly to Florida tomorrow and he will not return until November 17, 2017.

\\\

Stipulation and Order for Extension of Time

1:16-CV-00180-BAM      1

Defendant's counsel consulted with Plaintiff's attorney by email on November 8, 2017, who has no objection to this request.

This request is made in good faith without any intention to unduly delay the litigation of this case. The scheduling order shall be extended accordingly. The undersigned apologizes to this Court, Plaintiff, and his counsel for any inconvenience caused by this request.

                                                 Respectfully submitted,

Dated: November 8, 2017          PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH LEE STACHEL,
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                              By:     */s/Richard M. Rodriguez*
                                          RICHARD M. RODRIGUEZ
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

Dated: November 8, 2017          */s/Lawrence D. Rohlfing*
                                          By: Richard M. Rodriguez
                                          As authorized by email on 11/8/2017
                                          LAWRENCE D. ROHLFING, ESQ. CSBN 119433
                                          Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension of time to November 29, 2017, to file an opposition to Plaintiff's opening brief. All other dates in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

   Dated:   **November 15, 2017**                /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE