MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8985
        Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GLORIA PAREDES RUIZ, | ) Civil No. 1:17-cv-00180-BAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR AN** |
| | ) **EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER RESPONSE** |
| | ) **TO PLAINTIFF'S MOTION TO AMEND** |
| NANCY A. BERRYHILL, | ) **THE JUDGMENT** |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court, that Defendant shall have a first extension of time of 14 days to

file her response to Plaintiff's motion to amend the judgment.  Defendant respectfully requests

this extension for the undersigned to familiarize himself with the issues and the record, as this

case was originally briefed on the merits by a different attorney now departed from the office.

Stip. to Extend Def.'s Response

The new due date for Defendant's response to Plaintiff's motion to amend the judgment will be Friday, October 26, 2018.

Respectfully submitted,

Date: _October 12, 2018_          LAW OFFICES OF LAWRENCE D. ROHLFING

By:     _/s/ Lawrence Rohlfing*_
LAWRENCE ROHLFING
*By email authorization on October 11, 2018*
Attorney for Plaintiff

Date: _October 12, 2018_          MCGREGOR W. SCOTT
United States Attorney

By:     _/s/ Michael K. Marriott_
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension of time to October 26, 2018, to file a response to Plaintiff's motion to amend the judgment.

IT IS SO ORDERED.

Dated:   **October 15, 2018**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE