1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   GLORIA PAREDES RUIZ,                    Case No.  1:17-cv-00180-BAM

10                 Plaintiff,               ORDER REMANDING ACTION FOR
                                            FURTHER PROCEEDINGS
11        v.

12  ANDREW M. SAUL, Commissioner of
    Social Security,
13
                   Defendant.
14

15

16        On January 26, 2021, the United States Court of Appeals for the Ninth Circuit reversed

17  the district court's judgment and remanded this matter with instructions that the district court

18  remand the case to the Commissioner for further administrative proceedings. (Doc. 34).  The

19  judgment of the United States Court of Appeals for the Ninth Circuit took effect on March 22,

20  2021.  (Doc. 35).

21        Pursuant to the judgment of the Ninth Circuit Court of Appeals, this action is

22  REMANDED to the Commissioner for further proceedings consistent with the disposition of the

23  Ninth Circuit Court of Appeals.  The Clerk of Court is DIRECTED to close this action.

24  IT IS SO ORDERED.

25     Dated:   **March 24, 2021**            ___/s/ _Barbara A. McAuliffe_____

26                                           UNITED STATES MAGISTRATE JUDGE

27

28
                                             1